IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                    Criminal No. 5:07M5058-001

JUAN MORALES-HERNANDEZ                                              DEFENDANT

## O R D E R

At the initial appearance conducted on the criminal complaint, the defendant waived detention and requested a preliminary examination. Defense counsel stated to the court that he would be unavailable for approximately two weeks and that defendant waived the time limit for the hearing. Accordingly, the court will set the preliminary examination hearing on a date when defense counsel is available and notify all parties. The defendant is considered detained subject to reconsideration on motion of defendant.

SO ORDERED this 13th day of December 2007.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE